

# Fourth Court of Appeals
## San Antonio, Texas

No. 04-20-00490-CV

**IN RE** Joe **GUILLEN**, Carolyn Harris, Sidney Hipp, Wayne Holmes
and Shenandoah Church of Christ

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice[2]
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Beth Watkins, Justice
               Liza Rodriguez, Justice

On October 21, 2020, this court denied relators' petition for writ of mandamus. On November 5, 2020, relators filed a motion for en banc reconsideration. After considering the arguments raised by relator, the motion is hereby DENIED.

It is so **ORDERED** November 17, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2020CI10510, styled *Shenandoah Church of Christ v. Joe Guillen, et al*, pending in the 166th Judicial District Court, Bexar County, Texas; and Cause No. 2020CI202010952, styled *Shenandoah Church of Christ v. Gabriel Rodriguez* pending in the 225th Judicial District Court, Bexar County, Texas. The Honorable Anjelica Jimenez signed the orders at issue in this original proceeding.

[2] Not participating.